AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>RICARDO ANTONIO FRAZER,<br><br>*Defendant(s)* | Case No. 19-6348-Hunt |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 23, 2017,** in the county of **Miami-Dade** in the **Southern** District of **Florida**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1015(e) | The defendant, an alien, did knowingly make a false statement and claim that he was a citizen of the United States, with the intent to obtain on behalf of himself a State benefit, in that the defendant presented a birth certificate from the State of North Carolina as proof of his identity and citizenship, to induce and secure the issuance of a State of Florida driver's license. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

David Jansen, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/22/2019

_____
*Judge's signature*

City and state: Fort Lauderdale, Florida

Patrick M. Hunt, U.S. Magistrate Judge
*Printed name and title*

# **AFFIDAVIT**

I, David Jansen, being duly sworn, hereby depose and state as follows;

1. I am a Special Agent with Homeland Security Investigations ("HSI") and have been so employed for over twelve years. My current responsibilities include the investigation of criminal, civil, and administrative violations related to the Immigration and Nationality Act, customs law violations, narcotics law violations and other federal criminal offenses. I have been the lead investigator in numerous investigations involving identity theft, fraudulent documents and immigration violations.

2. The statements contained in this affidavit are based upon my own personal knowledge, as well as information provided to me by other law enforcement and law enforcement support personnel. Because this affidavit is submitted for the limited purpose of establishing probable cause, it does not include all the details of the investigation of which I am aware.

3. In early 2013, your Affiant began conducting investigations involving illegal aliens from Jamaica who obtained Florida driver's licenses using fraudulent documents. In or around December of 2018, RICARDO ANTONIO FRAZER came to your Affiant's attention.

4. The investigation revealed that FRAZER was born in Jamaica in 1978 and is a citizen of Jamaica. On September 30, 1989, FRAZER was admitted the United States as a Lawful Permanent Resident and alien registration number Axx-xxx-736 was assigned to him.

5. In 2001, FRAZER'S lawful permanent resident card expired. In January 2004, FRAZER applied to become a naturalized United States citizen. In November 2004, FRAZER'S

application for naturalization was denied based on poor moral character due to his multiple felony convictions in New Jersey. FRAZER'S convictions make him subject to deportation from the United States.

6. On May 31, 2016, FRAZER'S New Jersey driver's license, # Fxxxxxxxxxx2782, expired. FRAZER was not in possession of valid immigration documents to renew his New Jersey driver's license.

7. On January 23, 2017, FRAZER applied for a driver's license at the Florida Department of Highway Safety and Motor Vehicles (DHSMV) office in Miami, Miami-Dade County, Southern District of Florida. FRAZER submitted a birth certificate purported to be from Wake County, North Carolina as proof of United States citizenship. On January 23, 2017, FRAZER was issued Florida driver's license number Fxxxxxxxx4460.

8. Driver's license number Fxxxxxxxx4460 was issued by a corrupt DHSMV examiner in Miami who is suspected to have issued over fifty Florida driver's licenses by fraud before he was terminated by the DHSMV in December 2017.

9. In March 2019, your Affiant contacted the Registrar of Deeds in Wake County, North Carolina who confirmed that there is no registered birth record of RICARDO ANTONIO FRAZER in Wake County, North Carolina.

10. WHEREFORE, based on the foregoing, your Affiant submits that there is probable cause to believe that on or about January 23, 2017, RICARDO ANTONIO FRAZER, an alien, did knowingly make a false statement and claim that he was a citizen of the United States, with the intent to obtain on behalf of his self a State benefit, in that the defendant presented a birth certificate from the State of North Carolina as proof of his identity and citizenship, to induce and secure the

issuance of a State of Florida driver's license, in violation of Title 18, United States Code, Section 1015(e).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
DAVID JANSEN, SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS

Sworn to and subscribed before me this
22nd day of July, 2019

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

3